IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| John Fisher, III, on behalf of himself and all others similarly situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-111-P |
| | § | |
| Iron Horse Mechanical & Plumbing Services, LLC (a/k/a Iron Horse Plumbing), | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

Now comes Plaintiff John Fisher, III ("Plaintiff") who, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby files this Agreed Stipulation of Dismissal with Prejudice.

Plaintiff agrees and stipulates that this action is hereby dismissed with prejudice in its entirety. Defendant Iron Horse Mechanical & Plumbing Services, LLC (a/k/a Iron Horse Plumbing) ("Defendant") agrees to Plaintiff's stipulation of dismissal and the filing of this document as shown by the signature of its counsel below.

No motions are pending before the Court as of the filing of this document.

Plaintiff agrees and stipulates that Plaintiff shall be solely responsible for his own attorney's fees and costs incurred as a result of this action except as otherwise agreed by the Parties. Defendant agrees and stipulates that it shall be solely responsible for its own attorney's fees and costs incurred as a result of this action.

This stipulation is effective upon filing of this document and no Court Order is required pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Date: September 29, 2022.

Respectfully Submitted,

s/ *Allen R. Vaught*
Allen R. Vaught
TX Bar No. 24004966
Vaught Firm, LLC
1910 Pacific Avenue, Suite 9150
Dallas, TX 75201
Telephone: (972) 707-7816
Fax: (972) 591-4564
avaught@txlaborlaw.com

**ATTORNEY FOR PLAINTIFF**

Respectfully Submitted,

s/ *James E. Griffis*
Michael K. Reer
State Bar No. 24088281
mreer@hfblaw.com
James E. Griffis
State Bar No. 24036686
jgriffis@hfblaw.com
**HARRIS, FINLEY & BOGLE, P.C.**
777 Main Street, Suite 1800
Fort Worth, Texas 76102
Telephone: 817-870-8700
Facsimile: 817-332-6121

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff, Allen R. Vaught, and Counsel for Defendant, James E. Griffis, conferred on the subject matter of this document on September 14, 2022 and September 29, 2022, and counsel for Defendant indicated that Defendant agrees with the filing of this document.

s/Allen R. Vaught
Allen R. Vaught

## CERTIFICATE OF SERVICE

On September 29, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served the document on all counsel of record, including counsel for Defendant identified below, pursuant to a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Mr. Michael K. Reer
mreer@hfblaw.com
Mr. James E. Griffis
jgriffis@hfblaw.com
**HARRIS, FINLEY & BOGLE, P.C.**
777 Main Street, Suite 1800
Fort Worth, Texas 76102

s/ Allen R. Vaught
Allen R. Vaught